IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA KISHOR,

    Plaintiff,                      No. CIV S-02-1632 FCD JFM P

    vs.

DR. GERAGHTY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On May 4, 2007, plaintiff filed a document styled "Motion to Revisit and Proceed in Above Case Due to Reoccurances and Retributions of Negligences. Motion to Stay Proceedings and Security." This civil rights action was closed on July 6, 2005 and the judgment of dismissal was affirmed on appeal on May 12, 2006. Plaintiff is advised that any further documents filed in this action will be disregarded and no orders will issue in response to future filings. Plaintiff may, as appropriate, file a new civil rights action and the Clerk of the Court will be directed to send plaintiff the court's form civil rights complaint and in forma pauperis application for a civil rights action by a state prisoner.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 4, 2007 motion shall be disregarded; and

/////

2. The Clerk of the Court is directed to send plaintiff the court's form civil rights complaint and in forma pauperis application for a civil rights action by a state prisoner.

DATED: May 22, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
kish1632.58